In the Matter of MARINERS HARBOR POST No. 5521, V.F.W., Petitioner, v. BINGO CONTROL COMMISSION OF THE STATE OF NEW YORK, Respondent.—

Christ, P. J., Hopkins, Martuscello, Latham and Benjamin, JJ., concur.